PS 40 (Rev. 08/13) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

West Virginia Southern

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Office of Legal Affairs, Passport Services
U.S. Department of State
CA/PPT/L/LA
SA-17, 4th Floor
Washington, DC 20522-1704

**FROM:** Troy A Lanham
1200 U.S. Courthouse
300 Virginia Street East
Charleston, WV 25301-2523

☐ Original Notice
Date:
By:

☒ Notice of Disposition
Date: ~~12/16/2013~~ 10/08/2014
By: Troy A Lanham, SrUSPO

Defendant: Harold S. Albertson
Case Number: [0425 2:13CR00298]-[001]

Date of Birth: 05/31/1948
SSN: ████████
Place of Birth: Berwick, PA, United States

**Notice of Court Order** (Order Date: 03/24/2014)

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 310178187 and/or passport card number _____ to the custody of the U.S. District Court on 12/16/2013.

**NOTICE OF DISPOSITION**
The above case has been disposed of:
☐ The above order of the court is no longer in effect.
☐ Defendant not convicted – Document returned to defendant.
☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
☒ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court