UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                                                    Criminal Action No. 2:13-cr-00298

HAROLD S. ALBERTSON

## ORDER TO CHANGE RESTITUTION VICTIM NAME

Pending before the Court is the Motion of the United States to change a restitution victim's name on the order of restitution previously entered in this case on June 3, 2014. The Motion requests that the name of the restitution victim in this case be changed from Melissa Dickson to Melissa Dixon and the address be changed to 3406 Lake Shore Road South, Denver, North Carolina 28037.

Having reviewed the Motion and supporting documentation, the Motion is hereby granted. The Clerk is directed to change the restitution victim as stated above and to make all future payments of restitution to Melissa Dixon at 3406 Lake Shore Road South, Denver, North Carolina 28037.

Dated this __20th__ day of May, 2016

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE